IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 19-CR-30054-NJR |
| ) | |
| RODNEY L. LEWIS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with Defendant:

On February 16, 2018, Defendant transported a minor female, A.K., from Missouri to Illinois, specifically to the Casino Queen Hotel in East St. Louis, Illinois. Defendant was a longtime family friend of A.K. and A.K.'s mother – A.K. described Defendant as being "like an uncle." Prior to arriving at the Casino Queen Hotel, and while still in Missouri, Defendant purchased alcohol for the minor and encouraged her to drink.

Defendant and A.K. checked in to a room at the Casino Queen Hotel, then went to dinner at a casino restaurant nearby. After they both returned to the room, A.K. went to sleep in the only bed in the room, while Defendant slept on a loveseat or chair in the room. A.K. woke up in the middle of the night to Defendant laying against her with his hand "inside her panties." She stated that Defendant removed his hand from her pants, licked his fingers, then placed his hand "back inside her panties." She stated that at some point, he removed his hand and started masturbating. A.K. stated that Defendant later was saying to himself repeatedly that he was "so [messed] up" and ultimately left the room to "take a walk."

A.K. immediately grabbed her belongings and left the room, going to a stairwell to call someone for help to pick her up. She was able to contact a friend of her mother's, who came to the hotel to pick her up. A.K. then met up with her mother and they went to the East St. Louis Police Department to file a police report. Following that, A.K. and her mother went to Memorial Hospital so that a Sexual Assault Evidence Collection Kit could be completed. The Illinois State Police Crime Laboratory examined the swab taken from the "perianal lips of vagina" from A.K. and found a human male DNA profile. That human male DNA profile was compared to the DNA profile extracted from Defendant's buccal standard. Defendant's DNA profile was identified as the aforementioned human male DNA profile.

UNITED STATES OF AMERICA,

STEVEN D. WEINHOEFT
United States Attorney

_____
RODNEY L. LEWIS
Defendant

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
DANIEL CRONIN
Attorney for Defendant

Date: 9-5-19

Date: 9/5/19